IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA MANGINE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLEGHENY COLLEGE,<br><br>　　　　　Defendant | Civil Action No. 2:22-cv-01378-RJC |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Amanda Mangine and Defendant Allegheny College, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  April 26, 2023

Respectfully submitted,

| For Plaintiff: | For Defendant: |
|---|---|
| HKM EMPLOYMENT ATTORNEYS LLP | REED SMITH LLP |
| */s/ Ryan F. Kenny*<br>Ryan F. Kenny<br>Pa. ID 329612 | */s/ James A. Holt*<br>James A. Holt<br>Pa. ID 314350 |
| 220 Grant Street, Suite 401<br>Pittsburgh, PA 15219<br>T: (617) 297-2002<br>E: rkenny@hkm.com | Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>T: (412) 288-3131<br>F: (412) 288-3063<br>E: jholt@reedsmith.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

AND NOW, the 26th day of April, 2023,
it is so ordered.

/s/Robert J. Colville
United States District Judge